IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-po-00067-GPG-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CORY BRITTINGHAM,

    Defendant.

---

## ORDER REGARDING SUPERSEDING PETITION DUE TO VIOLATIONS OF SUPERVISION

---

THIS MATTER is before the Court upon request by the probation officer.

HAVING considered the probation officer's superseding petition, the Court

[X] ORDERS that superseding petition replace the previously submitted petition and the Court consider revocation of supervision based on the superseding petition at the violation hearing.

[ ] DENIES the request with further instruction:

[ ] DENIES the request without reconsideration at this time.

DATED at Denver, Colorado, this 14th day of December, 2015.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge